THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GEORGE J. ANDERSON | § | CASE NO. 05-42951-R |
| XXX-XX-5646 | § | |
| 516 STARK LANE | § | CHAPTER 13 |
| SHERMAN, TX 75090-3407 | § | |
| | § | |
| DANA E. ANDERSON | § | |
| XXX-XX-4626 | § | |
| | § | |
| DEBTORS | § | |

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF
THE UNITED STATES BANKRUPTCY COURT**

The Notice of Janna L. Countryman, Trustee herein, respectfully would show:

1. That she is the duly qualified and acting Trustee in this case.

2. The Trustee has made distributions of the funds of this estate in accordance with the confirmed Chapter 13 Plan and/or the Bankruptcy Code. Some of the distribution checks have not been negotiated.

3. An amount has been reserved for the following creditor to whom previous checks were submitted without negotiation:

   | Creditor | Reserve Amount |
   |---|---|
   | WELLS FARGO BANK | $5,579.89 |

4. A turnover check payable to the Clerk of the United States Bankruptcy Court for $5,579.89 is attached to this Notice.

Dated: 8-30-10

Janna L. Countryman, TBN 04888050
Greg R. Arnove, TBN 00783562
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice to Deposit Funds Into the Unclaimed Funds Registry of the United States Bankruptcy Court has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail.

GEORGE J. ANDERSON
DANA E. ANDERSON
516 STARK LANE
SHERMAN, TX 75090-3407

DONALD JOHNSTON
LAW OFFICES OF DONALD JOHNSTON
306 NORTH TRAVIS, SUITE 102
SHERMAN, TX 75090-9840

WELLS FARGO BANK
LOSS RECOVERY CENTER
P. O. BOX 30095
WALNUT CREEK, CA 94598

WELLS FARGO FINANCIAL, INC.
P. O. BOX 28724
KANSAS CITY, MO 64188-8724

Dated: 8-30-10

Office of the Standing Chapter 13 Trustee

PLA_Notice_DepositFunds

STANDING CHAPTER 13 TRUSTEE
JANNA L. COUNTRYMAN
500 N. CENTRAL EXPRESSWAY, SUITE 350
PLANO, TX 75074

Southside Bank
Tyler, Texas

88-2360
1119

2012279

DATE: Aug 27, 2010

PAY Exactly Thirty Six Thousand Four Hundred Thirty And 62 / 100 Dollars

$*****36,430.62

VOID 60 DAYS AFTER DATE



TO THE ORDER OF

CLERK OF THE
U.S. BANKRUPTCY COURT
660 NORTH CENTRAL EXPRESSWAY
PLANO, TX 75074

⑊2012279⑊ ⑉111923607⑉ ⑊1572520⑊

STANDING CHAPTER 13 TRUSTEE
JANNA L. COUNTRYMAN

Payee: CLERK OF THE

Date: Aug 27, 2010
Check No.: 2012279
Name ID: 31950

| Case No. | Debtor Name(s) | SSN 1 | SSN 2 | Payment | Interest | Balance |
|---|---|---|---|---|---|---|
| 0530262 | DANIEL LAWRENCE & ANITA CHAVEZ CLUCK | XXX-XX-2637 | XXX-XX-5298 | 96.06 | 0.00 | 0.01 |
| | CLAIM ID: 00031  ACCT: XXXXXX0192 | COURT CLAIM #: 9 | | | | |
| 0541063 | JAMES ANTHONY & GLORIA JEAN PATTERSON | XXX-XX-3035 | XXX-XX-4842 | 3.30 | 0.00 | 0.06 |
| | CLAIM ID: 00017  ACCT: XXXXXXXXXXX6994 | COURT CLAIM #: 25 | | | | |
| 0541063 | JAMES ANTHONY & GLORIA JEAN PATTERSON | XXX-XX-3035 | XXX-XX-4842 | 2.86 | 0.00 | 0.05 |
| | CLAIM ID: 00060  ACCT: XXXXXXXXXXX9833 | COURT CLAIM #: 27 | | | | |
| 0541063 | JAMES ANTHONY & GLORIA JEAN PATTERSON | XXX-XX-3035 | XXX-XX-4842 | 2.83 | 0.00 | 0.05 |
| | CLAIM ID: 00062  ACCT: XXXXXXXXXXX6592 | COURT CLAIM #: 26 | | | | |
| 0542165 | GARY LEE FOSTER | XXX-XX-3726 | | 190.69 | 0.00 | 0.09 |
| | CLAIM ID: 00050  ACCT: XXXXX1310 | COURT CLAIM #: 5 | | | | |
| 0542448 | LUCILLE A. DAVIS | XXX-XX-5786 | | 43.92 | 0.00 | 0.02 |
| | CLAIM ID: 00009  ACCT: 6342 | COURT CLAIM #: 5 | | | | |
| 0542892 | MELVIN DWIGHT & NATASHA VICTINEZE FOSTER | XXX-XX-4199 | XXX-XX-8999 | 40.30 | 0.00 | 0.04 |
| | CLAIM ID: 00038  ACCT: 4297 | COURT CLAIM #: 19 | | | | |
| 0542892 | MELVIN DWIGHT & NATASHA VICTINEZE FOSTER | XXX-XX-4199 | XXX-XX-8999 | 162.17 | 0.00 | 0.17 |
| | CLAIM ID: 00039  ACCT: 0974 | COURT CLAIM #: 20 | | | | |
| 0542951 | GEORGE J. & DANA E. ANDERSON | XXX-XX-5646 | XXX-XX-4626 | 522.10 | 0.00 | 0.13 |
| | CLAIM ID: 00007  ACCT: XXXXXXX4401 | COURT CLAIM #: 10 | | | | |
| 0542951 | GEORGE J. & DANA E. ANDERSON | XXX-XX-5646 | XXX-XX-4626 | 1,294.00 | 0.00 | 0.32 |
| | CLAIM ID: 00030  ACCT: XXXXXXXXIDED | COURT CLAIM #: 9 | | | | |
| 0542951 | GEORGE J. & DANA E. ANDERSON | XXX-XX-5646 | XXX-XX-4626 | 5,579.89 | 0.00 | 1.39 |
| | CLAIM ID: 00033  ACCT: XXXXXX9553 | COURT CLAIM #: 3 | | | | |
| 0542952 | LASHUNDA M. GRIFFIN | XXX-XX-5226 | | 25.57 | 0.00 | 0.02 |
| | CLAIM ID: 00018  ACCT: XXXXXXXXXXX4738 | COURT CLAIM #: 7 | | | | |
| 0543122 | BILLY J. & CHARLENE G. AUDAS | XXX-XX-1848 | XXX-XX-0147 | 0.10 | 0.00 | 0.29 |
| | CLAIM ID: 00016  ACCT: 5499 | COURT CLAIM #: 9 | | | | |
| 0543381 | SEBASTIAN A. & GABRIELA F. VOICU | XXX-XX-2905 | XXX-XX-5712 | 94.40 | 8.97 | 0.00 |
| | CLAIM ID: 00031  ACCT: XXXXXXXXIDED | COURT CLAIM #: 19 | | | | |
| 0543381 | SEBASTIAN A. & GABRIELA F. VOICU | XXX-XX-2905 | XXX-XX-5712 | 174.74 | 0.00 | 0.92 |
| | CLAIM ID: 00047  ACCT: 6994 | COURT CLAIM #: 17 | | | | |
| 0543496 | FEDERICO G. PEITZNER | XXX-XX-3142 | | 12,053.56 | 2,396.24 | 0.00 |
| | CLAIM ID: 00010  ACCT: XXXXX8831 | COURT CLAIM #: 2 | | | | |
| 0543562 | REGINALD JONES & MELANIE MANUEL | XXX-XX-8640 | XXX-XX-0916 | 31.59 | 0.00 | 0.00 |
| | CLAIM ID: 10019  ACCT: XXXXXXXXXXXXX0001 | COURT CLAIM #: 5 | | | | |
| 0543838 | KELLY ELISHA & ROZINE DUNCAN RICHARDSON | XXX-XX-7705 | XXX-XX-0973 | 1.23 | 0.00 | 0.00 |
| | CLAIM ID: 00008  ACCT: XXXXXXXXXXX0071 | COURT CLAIM #: 7 | | | | |
| 0543860 | JUDY A. GIBSON | XXX-XX-4869 | | 8.00 | 0.00 | 0.04 |
| | CLAIM ID: 00013  ACCT: XXXXXXXXXXX5733 | COURT CLAIM #: 6 | | | | |
| 0543860 | JUDY A. GIBSON | XXX-XX-4869 | | 21.72 | 0.00 | 0.02 |
| | CLAIM ID: 00017  ACCT: XXXXXX3266 | COURT CLAIM #: 11 | | | | |
| 0543975 | MAURICE EUGENE FRENCH, JR & CYNTHIA ELAINE FRENCH | XXX-XX-4646 | XXX-XX-1238 | 1,657.96 | 0.00 | 0.58 |
| | CLAIM ID: 00021  ACCT: XXXXXXXXXXX4966 | COURT CLAIM #: 13 | | | | |
| 0544391 | PAULA D. DAVIS | XXX-XX-7700 | | 0.21 | 0.00 | 0.00 |
| | CLAIM ID: 00025  ACCT: 0818 | COURT CLAIM #: 3 | | | | |

STANDING CHAPTER 13 TRUSTEE
JANNA L. COUNTRYMAN

Payee: CLERK OF THE

Date: Aug 27, 2010
Check No.: 2012279
Name ID: 31950

| Case No. | Debtor Name(s) | SSN 1 | SSN 2 | Payment | Interest | Balance |
|---|---|---|---|---|---|---|
| 0544391 | PAULA D. DAVIS | XXX-XX-7700 | | 0.65 | 0.00 | 0.00 |
| | CLAIM ID: 00027  ACCT: XXXXXXXXXXXX4196 | COURT CLAIM #: 5 | | | | |
| 0546177 | KENNETH R. & KIM S. DOYLE | XXX-XX-2930 | XXX-XX-2679 | 6.48 | 0.00 | 0.06 |
| | CLAIM ID: 00015  ACCT: XXXXX 2267 | COURT CLAIM #: 2 | | | | |
| 0546177 | KENNETH R. & KIM S. DOYLE | XXX-XX-2930 | XXX-XX-2679 | 2.84 | 0.00 | 0.03 |
| | CLAIM ID: 00111  ACCT: XXXXXXXXXXXX9050 | COURT CLAIM #: 14 | | | | |
| 0547588 | EDGAR & MONICA E. HERRERA | XXX-XX-8309 | XXX-XX-1915 | 88.26 | 0.00 | 0.00 |
| | CLAIM ID: 00032  ACCT: XXXXXXXXXX 5916 | COURT CLAIM #: 15 | | | | |
| 0548369 | JOHN RICKEY HUGHES | XXX-XX-5628 | | 641.86 | 0.00 | 0.06 |
| | CLAIM ID: 00001  ACCT: XXXXXXXXXXXX2505 | COURT CLAIM #: 1 | | | | |
| 0548369 | JOHN RICKEY HUGHES | XXX-XX-5628 | | 114.97 | 0.00 | 0.03 |
| | CLAIM ID: 00018  ACCT: 3092 | COURT CLAIM #: 6 | | | | |
| 0550267 | CAROL JEAN WRIGHT | XXX-XX-5220 | | 89.53 | 0.00 | 0.04 |
| | CLAIM ID: 00010  ACCT: XXXXXX4161 | COURT CLAIM #: 6 | | | | |
| 0641146 | JOHN WILLIAM & CANDY CHRIS THOMPSON | XXX-XX-6368 | XXX-XX-9464 | 73.40 | 20.07 | 0.00 |
| | CLAIM ID: 00009  ACCT: XXXX 0631 | COURT CLAIM #: 5 | | | | |
| 0650201 | BARNIE MIKE & CATHERINE A FREEMAN | XXX-XX-1826 | XXX-XX-0426 | 4,866.55 | 0.00 | 0.92 |
| | CLAIM ID: 00016  ACCT: 6374 | COURT CLAIM #: 17 | | | | |
| 0650201 | BARNIE MIKE & CATHERINE A FREEMAN | XXX-XX-1826 | XXX-XX-0426 | 214.83 | 0.00 | 0.06 |
| | CLAIM ID: 00024  ACCT: XXXXXXXXXXX 8559 | COURT CLAIM #: 16 | | | | |
| 0650201 | BARNIE MIKE & CATHERINE A FREEMAN | XXX-XX-1826 | XXX-XX-0426 | 5,872.87 | 0.00 | 1.30 |
| | CLAIM ID: 00045  ACCT: 2835 | COURT CLAIM #: 28 | | | | |
| 0650201 | BARNIE MIKE & CATHERINE A FREEMAN | XXX-XX-1826 | XXX-XX-0426 | 308.85 | 0.00 | 0.09 |
| | CLAIM ID: 00054  ACCT: XXXXXXXXXXX 6010 | COURT CLAIM #: 9 | | | | |
| 0740908 | DANIEL P. & ROBIN Y. HEWETT | XXX-XX-3583 | XXX-XX-0233 | 27.27 | 0.00 | 0.01 |
| | CLAIM ID: 00037  ACCT: XXXXXXXX37-9 | COURT CLAIM #: 10 | | | | |
| 0750186 | WILLIAM GEORGE & ANNICE EWILDI FIELDS | XXX-XX-7139 | XXX-XX-5366 | 33.48 | 29.79 | 3,968.67 |
| | CLAIM ID: 00006  ACCT: 6606 | COURT CLAIM #: 11 | | | | |
| 0750222 | JOSE & SHIRLEY A. ZAMORA | XXX-XX-3752 | XXX-XX-0557 | 237.37 | 25.56 | 1.42 |
| | CLAIM ID: 00011  ACCT: XXXXXXXX8417 | COURT CLAIM #: 10 | | | | |
| 0842092 | TAMMY JO SARTIN | XXX-XX-0343 | | 0.54 | 0.54 | 16,806.00 |
| | CLAIM ID: 00004  ACCT: 8497 | COURT CLAIM #: 3 | | | | |
| 0940962 | EDWARD OLIVER & PAULA JANE WAKEFIELD | XXX-XX-1469 | XXX-XX-1485 | 643.47 | 643.47 | 5,408.56 |
| | CLAIM ID: 00028  ACCT: XXXXX7603 | COURT CLAIM #: 13 | | | | |
| 0950074 | SAMUEL DALE & DONNA K. SMITH | XXX-XX-7060 | XXX-XX-5608 | 193.31 | 0.00 | 0.00 |
| | CLAIM ID: 00028  ACCT: 0232 | COURT CLAIM #: 2 | | | | |
| 0941329 | STEVEN D. & PATRICIA L. RHOADES | XXX-XX-8096 | XXX-XX-3891 | 409.32 | 201.16 | 10,392.97 |
| | CLAIM ID: 00004  ACCT: 6816 | COURT CLAIM #: 9 | | | | |
| 0941329 | STEVEN D. & PATRICIA L. RHOADES | XXX-XX-8096 | XXX-XX-3891 | 155.63 | 0.00 | 6,219.51 |
| | CLAIM ID: 00011  ACCT: 6816 | COURT CLAIM #: 9 | | | | |
| 0942722 | KEVIN D. BUSH | XXX-XX-8680 | | 4.60 | 0.00 | 81,184.37 |
| | CLAIM ID: 00002  ACCT: 8305 | COURT CLAIM #: 9 | | | | |
| | **The Following Payments are Adequate Protection Payments** | | | | | |
| 1040092 | MATTHEW GONZALES | XXX-XX-3315 | | 437.34 | 0.00 | 0.00 |
| | CLAIM ID: 00004  ACCT: 7839 | COURT CLAIM #: | | | | |
| | **TOTALS** | | | 36,430.62 | 3,325.80 | 123,988.32 |